# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICKEY NELSON SPENCER AND
SHEENA SPENCER,

        Plaintiff(s),

vs.

TERRY ELMORE, SERGEANT DAVID
PRIVETTE, LIEUTENANT FNU MEYER,
SERGEANT FNU HAWKINS, ATTORNEY
RODERICK M. WRIGHT, JUDGE W. ERWIN
SPAINHOUR, JUDGE CHRISTOPHER M.
COLLIER, JIM ELMORE, IREDELL COUNTY,
AND STATE OF NORTH CAROLINA,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV55-1-MU

DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2007, Order.

Signed: June 7, 2007

Frank G. Johns, Clerk
United States District Court